```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANA CHALAS, *Individually, and On Behalf of All Others Similarly Situated*,

               Plaintiff,

    - against -

FAB NUTRITION LLC,

              Defendant.
-------------------------------------------------------------X

22-CV-3969 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        The Summons and Complaint were served on Defendant on June 13, 2022. (Dkt. 6.) Defendant's deadline to answer or otherwise respond to the Complaint was due on July 5, 2022. As of the date of this order, no response has been filed, and there has been no further action by Plaintiff. By **August 8, 2022**, Plaintiff shall file a status report and indicate whether Plaintiff will be filing for default.

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: July 25, 2022
       New York, New York

Copies transmitted this date to all counsel of record.